## PROCEEDING MEMO

**Date: 04/10/2019 10:00 am**

In re: William O Greenwalt
     Patricia A Greenwalt

Bankruptcy No. 19-20066-CMB
Chapter: 13
Doc. # 31

**Appearances:**

**Movant(s):** Jill Locnikar

**Respondents:** Michael S. Geisler; ~~Winnecour~~ ~~Raih~~ ~~Katz~~/ DeSimone

**Creditor(s):**

**Nature of Proceeding:** # 31 United States' Motion To Dismiss Case With Prejudice

**Additional Pleadings:** #36 Response by Debtors

**Judge's Notes:**                              Continued to May 6, 2019 at 10:00am

**Outcome:**

*Evidence can be presented on that date*

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED      Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                                Respondent(s) brief due _____days
                                Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
4/10/19 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William O Greenwalt  
Patricia A Greenwalt  
     Debtors

Case No. 19-20066-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db/jdb        +William O Greenwalt,    Patricia A Greenwalt,    52 Circle Drive,    Irwin, PA 15642-4556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:  
            Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of  
             Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us  
            James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank  
             National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust  
             2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com  
            Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,  
             Internal Revenue Service jill.locnikar@usdoj.gov,  
             patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
            Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
             jbluemle@bernsteinlaw.com  
            Michael S. Geisler    on behalf of Debtor William O Greenwalt m.s.geisler@att.net,  
             msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
            Michael S. Geisler    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net,  
             msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                          TOTAL: 8