**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William O Greenwalt
Patricia A Greenwalt**
    Debtor(s)

Bankruptcy Case No.: 19−20066−CMB
Issued Per May 2, 2019 Proceeding
Chapter: 13
Docket No.: 41 − 22
Concil. Conf.: July 11, 2019 at 03:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 1, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 11, 2019 at 03:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H.   Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 3, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 19-20066-CMB
William O Greenwalt                                                     Chapter 13
Patricia A Greenwalt
      Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 3                   Date Rcvd: May 03, 2019
                               Form ID: 149                 Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db/jdb        +William O Greenwalt,    Patricia A Greenwalt,   52 Circle Drive,   Irwin, PA 15642-4556
cr            +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
                U.S.A. 15219-1956
14974170      +Altair OH XII, LLC,    c/o Weinstein, Pinson and Riley, P.S.,   2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
14974171      +American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
14974172       American Express Bank, FSB,    c/o Becket and Lee, LLP,   P.O. Box 3001,
                Malvern, PA 19355-0701
14994049       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
14974175     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX 79998)
14974179       Capital One, N.A.,    c/o Becket and Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
14974183      +Chase BP Private Label,    P.O. Box 15298,   Wilmington, DE 19850-5298
14974180      +Chase Bank USA, N.A.,    3700 Wiseman Boulevard,   San Antonio, TX 78251-4322
14974181      +Chase Bank, USA,    P.O. Box 15298,   Wilmington, DE 19850-5298
14974185      +Citibank/Sears,    P.O. Box 6283,   Sioux Falls, SD 57117-6283
14974186      +Citicards/Citibank,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
14974191      +Credit First NA,    P.O.Box 818011,   Cleveland, OH 44181-8011
14974192       Credit First NA/Firestone,    P.O. Box 81083,   Cleveland, OH 44181
14974193      +Dept, Stores National Bank/Macy’s,    Bankruptcy Processing,   P.O. Box 8053,
                Mason, OH 45040-8053
14974197       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,   Bernstein-Burkley, P.C.,
                Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14974198      +Erie County Courthouse,    140 W. 6th Street,   Erie, PA 16501-1011
14974200      +Home Depot/Citibank,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14974201      +I.C. System Inc.,    P.O. Box 64378,   Saint Paul, MN 55164-0378
14974208      +Macys,   P.O. Box 8218,    Mason, OH 45040-8218
14974207      +Macys,   P.O. Box 689195,    Des Moines, IA 50368-9195
14974215      +Nick Pisani and Loreen Pisani,    2223 Heyland Road,   Harrison City, PA 15636-1437
14974225      +Pride Acquisitions,    100 Garden City Plaza, Suite 500B,   Garden City, NY 11530-3214
14974227      +Select Portfolio Servicing,    3815 S West Temple, Ste 2000,   Salt Lake City, UT 84115-4412
14974228      +Spartan Financial Services,    13730 S Point Blvd,   Charlotte, NC 28273-7715
14974248      +State Collections Service,    2509 S. Stoughton Road,   Madison, WI 53716-3314
14974251      +Sunoco/Citibank,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14974253      +TD Bank U.S.A., N.A.,    c/o Weinstein, Pinson and Riley, P.S.,   2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
14974254      +TD Bank USA/Target Credit,    P.O. Box 673,   Minneapolis, MN 55440-0673
14974255      +U.S. Bank, N.A.,    c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,
                Salt Lake City, UT 84115-4412
14974258      +Westmoreland County Prothonotary,    2 N. Main Street, Ste. 501,   Greensburg, PA 15601-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: kburkley@bernsteinlaw.com May 04 2019 02:23:45      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14974173       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2019 02:28:36
                American InfoSource LP as agent for,    Verizon,   P.O. Box 248838,
                Oklahoma City, OK 73124-8838
14974174      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 04 2019 02:23:12      Asset Acceptance LLC,
                P.O. Box 1630,   Warren, MI 48090-1630
14974177      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 02:28:29      Capital One,
                P.O. Box 30281,   Salt Lake City, UT 84130-0281
14974187      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:55      Comenity Bank/Bon Ton,
                3100 Easton Square Pl,    Columbus, OH 43219-6232
14974189       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:55      Comenity Bank/Kingsize,
                PO Box 18279,   Columbus, OH 43218
14974190      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:55      Comenity Bank/New York & Co.,
                PO Box 182789,   Columbus, OH 43218-2789
14974194       E-mail/Text: mrdiscen@discover.com May 04 2019 02:22:41      Discover Bank,
                6500 New Albany Road,    New Albany, OH 43054
14974196       E-mail/Text: mrdiscen@discover.com May 04 2019 02:22:41      Discover Financial Services,
                P.O. Box 15316,   Wilmington, DE 19850
14978202       E-mail/Text: mrdiscen@discover.com May 04 2019 02:22:41      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14974195       E-mail/Text: mrdiscen@discover.com May 04 2019 02:22:41      Discover Bank,
                DB Servicing Corporation,    P.O. Box 3025,   New Albany, OH 43054-3025
14974199      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2019 02:28:45      GECRB/Lowes,   P.O. Box 965005,
                Orlando, FL 32896-5005
14974202       E-mail/Text: cio.bncmail@irs.gov May 04 2019 02:22:48      Internal Revenue Service,
                P.O. Box 7317,   Philadelphia, PA 19101-7317
```

Case 19-20066-CMB    Doc 43    Filed 05/05/19    Entered 05/06/19 00:46:05    Desc Imaged
                         Certificate of Notice    Page 5 of 6

```
District/off: 0315-2          User: jhel                   Page 2 of 3                   Date Rcvd: May 03, 2019
                              Form ID: 149                 Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14974203      +E-mail/Text: bncnotices@becket-lee.com May 04 2019 02:22:45      Kohls/Capital One,
               P.O. Box 3115,    Milwaukee, WI 53201-3115
14974204      +E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2019 02:28:18      LVNV Funding, LLC,
               PO Box 10497,    Greenville, SC 29603-0497
14974206       E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2019 02:28:35
               LVNV Funding, LLC assignee of,    HSBC Private Label Acq. Corp.,
               c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14974209      +E-mail/Text: bankruptcydpt@mcmcg.com May 04 2019 02:23:14      Midland Funding,
               8875 Aero Drive Suite 200,     San Diego, CA 92123-2255
14974214      +E-mail/Text: egssupportservices@alorica.com May 04 2019 02:23:23      NCO Credit Services/51,
               507 Prudential Road,    Horsham, PA 19044-2308
14974218       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2019 02:51:14
               Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14974224       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2019 02:28:13
               Portfolio Recovery Associates, LLC,    P.O.Box 12914,    Norfolk, VA 23541
14974761      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2019 02:28:50
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14974216       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2019 02:23:07
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
14974226       E-mail/Text: bnc-quantum@quantum3group.com May 04 2019 02:22:59
               Quantum3 Group LLC as agent for,    Comenity Bank,    P.O. Box 788,    Kirkland, WA 98083-0788
14974252      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2019 02:28:09      Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave., Suite 1120,    Miami, FL 33131-1605
15014134       E-mail/Text: jennifer.chacon@spservicing.com May 04 2019 02:23:54      U.S. Bank N.A., et. al,
               c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14974256      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:54
               Value City Rooms Today/WFNNB,    P.O. Box 182789,    Columbus, OH 43218-2789
14974257      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 04 2019 02:22:36
               Verizon,    P.O. Box 5029,    Wallingford, CT 06492-7529
15003694       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2019 02:28:55      Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
14974259      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:54      WFNNB/Dress Barn,
               P.O. Box 182789,    Columbus, OH 43218-2789
14974260      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:54      WFNNB/Express,
               P.O. Box 182789,    Columbus, OH 43218-2789
14974261      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 02:22:55
               World Financial Network National Bank,    220 West Schrock Road,    Westerville, OH 43081-2873
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Commonwealth of Pennsylvania, Department of Revenu
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14974176*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
14974178*      +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14974184*      +Chase BP Private Label,    P.O. Box 15298,    Wilmington, DE 19850-5298
14974182*      +Chase Bank, USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
14974188*      +Comenity Bank/Bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14974210*      +Midland Funding,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14974211*      +Midland Funding,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14974212*      +Midland Funding,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14974213*      +Midland Funding,    8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14974219*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974220*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974221*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974222*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974223*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
15004450*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
14989404*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14974217*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
14974229*      +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974230*      +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974231*      +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
```

```
District/off: 0315-2          User: jhel                Page 3 of 3              Date Rcvd: May 03, 2019
                              Form ID: 149              Total Noticed: 63


            ***** BYPASSED RECIPIENTS (continued) *****
14974232*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974233*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974234*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974235*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974236*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974237*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974238*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974239*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974240*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974241*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974242*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974243*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974244*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974245*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974246*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974247*        +Spartan Financial Services,     13730 S Point Blvd,      Charlotte, NC 28273-7715
14974249*        +State Collections Service,     2509 S. Stoughton Road,      Madison, WI 53716-3314
14974250*        +State Collections Service,     2509 S. Stoughton Road,      Madison, WI 53716-3314
14974205        ##+LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Assoc.,      120 North Keyser Avenue,
                  Scranton, PA 18504-9701
                                                                                             TOTALS: 2, * 39, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor William O Greenwalt m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```