IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM O. GREENWALT and            :        Case No. 19-20066-CMB
PATRICIA A. GREENWALT,              :        Chapter 13
    *Debtors.*                          :
                                    :        Related to Doc. No. 2

## ORDER

It has come to the Court's attention that in 116 cases filed under Chapter 13 of the Bankruptcy Code by Attorney Michael Geisler since January 2018 to the present, 100% of the filings have been accompanied by an *Application to Pay the Filing Fee in Installments* ("Application"). Many, if not all, of the forms submitted by Attorney Geisler, and ultimately approved by the Court, failed to include a breakdown of the intended installment payments identifying each monthly obligation of the Debtor(s) and the specific date for making each payment as required by the form, thereby simply obligating the Debtor(s) to make a lump sum payment on or before 120 days from the date of petition filing.

Furthermore, the Court's *Local Rules*, the *Federal Bankruptcy Rules,* as well as the Orders entered approving the various installment payment requests, require that all monies received after the installment payment plan is approved and before payment of any other obligation for services connected with the case, first go toward payment of the balance due of any unpaid filing fees. Upon the Court's review of the 27 cases filed by Attorney Geisler in 2019, it is obvious that a number of debtors have made direct payments to the Chapter 13 Trustee. By making payments to the Chapter 13 Trustee a presumption exists that the debtor(s) is no longer "unable to

pay the filing fee except in installments." *Fed.R.Bankr.Proc. 1006(b)(1)*. Therefore, the Chapter 13 Trustee will be directed to cure any deficiency caused by an unpaid filing fee.

*AND NOW,* this ***23rd*** day of ***May, 2019,*** to the extent the Chapter 13 Trustee currently holds funds paid to her by the above-named Debtor(s) and since the filing fee, all or in part, remains unpaid and under the circumstances should be paid, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, to the extent funds are available to do so, the Trustee shall ***immediately*** remit the filing fee balance due to the Clerk, U.S. Bankruptcy Court, and ***on or before June 3, 2019*** file a ***Certification of Compliance*** with the Court that the same has been done.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor(s)
    Ronda Winnecour, Chapter 13 Trustee
    Michael Geisler, Esq.
    U.S. Trustee
    Clerk, U.S. Bankruptcy Court

FILED
5/23/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-20066-CMB
William O Greenwalt                                                      Chapter 13
Patricia A Greenwalt
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr               Page 1 of 1              Date Rcvd: May 23, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db/jdb         +William O Greenwalt,    Patricia A Greenwalt,    52 Circle Drive,    Irwin, PA 15642-4556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
          James   Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com
          Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor William O Greenwalt m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Michael S. Geisler    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8