IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| William O. Greenwalt | : | Case No. 19-20066CMB |
| Patricia A. Greenwalt | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #46 |
|     Movant(s) | : | |
| | : | Hearing Date: |
| vs. | : | |
| No Respondent Named | : | |

## TRUSTEE'S CERTIFICATE OF COMPLIANCE REGARDING FILING FEES

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1.  This case was filed on January 6, 2019.

2.  Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3.  The Plan was confirmed on an interim basis on May 3, 2019.

4.  On May 23, 2019, the Court entered an order directing the Trustee to pay the unpaid petition filing fee and thereafter to file a certificate of compliance.

5.  The Trustee paid the filing fee on May 24, 2019.

6.  When the check was cut, the Trustee was unaware of the order directing her to pay, and she therefore did not have the check hand delivered. Rather, it mailed via first class postage. The check should reach the Clerk within the several days.

7.  The Trustee hereby certifies that she has complied with the May 23, 2019 Order regarding the petition filing fee.

WHEREFORE, the Trustee so reports to the Court.

                                        RONDA J. WINNECOUR,
                                        CHAPTER 13 TRUSTEE

Date:  05/28/19                  by     __/s/ Jana S. Pail_____
                                        Jana S. Pail - PA I.D. #88910
                                        Attorney for Trustee
                                        US Steel Tower – Suite 3250
                                        600 Grant St.
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        jpail@chapter13trusteewdpa.com