# PROCEEDING MEMO

**Date:** 07/02/2019 10:00 am

In re: William O Greenwalt
Patricia A Greenwalt

Bankruptcy No. 19-20066-CMB
Chapter: 13
Doc. # 31

**Appearances:**

**Movant(s):** Jill Locnikar

**Respondents:** Michael Geisler - BY PHONE; ✓ Winnecour/ Pail/ Katz/ DeSimone

**Creditor(s):**

**Nature of Proceeding:** #31 United States' Motion To Dismiss Case With Prejudice

**Additional Pleadings:** #36 Response by Debtors

**Judge's Notes:**

**Outcome:**    Case dismissed with prejudice

- ✓ Motion is GRANTED    ✓ Order entered
- ___ Motion is DENIED ___ Order entered
- ___ Motion WITHDRAWN
- ___ Motion is DISMISSED    Order entered
- ___ Reschedule for Proper Service
- ___ Case DISMISSED    Order entered
- ___ Parties to submit Order/Settlement/Stipulation by ___ days
- ___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)
- ___ to hearing date of ___
- ___ ISSUE EVIDENTIARY HEARING NOTICE
- ___ Discovery time needed ___ days
- ___ Briefs to be filed:    Movant(s) brief due ___ days
    Respondent(s) brief due ___ days
    Trustee's brief due ___ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/2/19 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA