Form 310

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William O Greenwalt** | : | Case No. 19−20066−CMB |
| **Patricia A Greenwalt** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITH PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this **The 2nd of July, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is ***DISMISSED, with prejudice***, pursuant to *11 U.S.C. §109(g)*, **the Debtor(s) is/are ineligible to file bankruptcy under any chapter for one hundred and eighty (180) days**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later***.

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrator to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-20066-CMB
William O Greenwalt                                             Chapter 13
Patricia A Greenwalt
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 3              Date Rcvd: Jul 02, 2019
                              Form ID: 310            Total Noticed: 64
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
```
db/jdb         +William O Greenwalt,    Patricia A Greenwalt,    52 Circle Drive,    Irwin, PA 15642-4556
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14974170       +Altair OH XII, LLC,    c/o Weinstein, Pinson and Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
14974171       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14974172        American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                 Malvern, PA 19355-0701
14994049        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14974175       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
14974179        Capital One, N.A.,    c/o Becket and Lee LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
14974183       +Chase BP Private Label,    P.O. Box 15298,    Wilmington, DE 19850-5298
14974180       +Chase Bank USA, N.A.,    3700 Wiseman Boulevard,    San Antonio, TX 78251-4322
14974181       +Chase Bank, USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
14974185       +Citibank/Sears,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
14974186       +Citicards/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14974191       +Credit First NA,    P.O.Box 818011,    Cleveland, OH 44181-8011
14974192        Credit First NA/Firestone,    P.O. Box 81083,    Cleveland, OH 44181
14974193       +Dept, Stores National Bank/Macy’s,    Bankruptcy Processing,    P.O. Box 8053,
                 Mason, OH 45040-8053
14974197        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14974198       +Erie County Courthouse,    140 W. 6th Street,    Erie, PA 16501-1011
14974200       +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14974201       +I.C. System Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14974205       +LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,
                 Scranton, PA 18504-9701
14974208       +Macys,    P.O. Box 8218,    Mason, OH 45040-8218
14974207       +Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
14974215       +Nick Pisani and Loreen Pisani,    2223 Heyland Road,    Harrison City, PA 15636-1437
14974225       +Pride Acquisitions,    100 Garden City Plaza, Suite 500B,    Garden City, NY 11530-3214
14974227       +Select Portfolio Servicing,    3815 S West Temple, Ste 2000,    Salt Lake City, UT 84115-4412
14974228       +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974248       +State Collections Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14974251       +Sunoco/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14974253       +TD Bank U.S.A., N.A.,    c/o Weinstein, Pinson and Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
14974254       +TD Bank USA/Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673
14974255       +U.S. Bank, N.A.,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
14974258       +Westmoreland County Prothonotary,    2 N. Main Street, Ste. 501,    Greensburg, PA 15601-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jul 03 2019 03:15:28      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14974173        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2019 03:24:31
                 American InfoSource LP as agent for,    Verizon,    P.O. Box 248838,
                 Oklahoma City, OK 73124-8838
14974174       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 03 2019 03:15:01      Asset Acceptance LLC,
                 P.O. Box 1630,    Warren, MI 48090-1630
14974177       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 03:13:29      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14974187       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:49      Comenity Bank/Bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
14974189       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:49      Comenity Bank/Kingsize,
                 PO Box 18279,    Columbus, OH 43218
14974190       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:50
                 Comenity Bank/New York & Co.,    PO Box 182789,    Columbus, OH 43218-2789
14974194        E-mail/Text: mrdiscen@discover.com Jul 03 2019 03:14:39      Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
14974196        E-mail/Text: mrdiscen@discover.com Jul 03 2019 03:14:39      Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
14978202        E-mail/Text: mrdiscen@discover.com Jul 03 2019 03:14:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14974195        E-mail/Text: mrdiscen@discover.com Jul 03 2019 03:14:39      Discover Bank,
                 DB Servicing Corporation,    P.O. Box 3025,    New Albany, OH 43054-3025
14974199       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 03:14:15      GECRB/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0315-2           User: gamr                  Page 2 of 3                   Date Rcvd: Jul 02, 2019
                               Form ID: 310                Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14974202       E-mail/Text: cio.bncmail@irs.gov Jul 03 2019 03:14:44      Internal Revenue Service,
                 P.O. Box 7317,    Philadelphia, PA 19101-7317
14974203      +E-mail/Text: bncnotices@becket-lee.com Jul 03 2019 03:14:41       Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
14974204      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2019 10:38:46      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
14974206       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2019 10:38:46
                 LVNV Funding, LLC assignee of,    HSBC Private Label Acq. Corp.,
                 c/o Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC 29603-0587
14974209      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 03:15:05       Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14974214      +E-mail/Text: egssupportservices@alorica.com Jul 03 2019 03:15:12       NCO Credit Services/51,
                 507 Prudential Road,    Horsham, PA 19044-2308
14974218       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 03:37:20
                 Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14974224       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 03:37:20
                 Portfolio Recovery Associates, LLC,    P.O.Box 12914,   Norfolk, VA 23541
14974761      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 03:37:43
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14974216       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:14:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14974226       E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2019 03:14:52
                 Quantum3 Group LLC as agent for,    Comenity Bank,   P.O. Box 788,    Kirkland, WA 98083-0788
14974252      +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 03:13:49       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave., Suite 1120,    Miami, FL 33131-1605
15014134       E-mail/Text: jennifer.chacon@spservicing.com Jul 03 2019 03:15:36       U.S. Bank N.A., et. al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14974256      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:49
                 Value City Rooms Today/WFNNB,    P.O. Box 182789,   Columbus, OH 43218-2789
14974257      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 03 2019 03:14:34
                 Verizon,    P.O. Box 5029,   Wallingford, CT 06492-7529
15003694       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2019 03:24:31       Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
14974259      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:49       WFNNB/Dress Barn,
                 P.O. Box 182789,    Columbus, OH 43218-2789
14974260      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:49       WFNNB/Express,
                 P.O. Box 182789,    Columbus, OH 43218-2789
14974261      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:49
                 World Financial Network National Bank,    220 West Schrock Road,    Westerville, OH 43081-2873
                                                                                                 TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Commonwealth of Pennsylvania, Department of Revenu
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14974176*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX 79998)
14974178*      +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
14974184*      +Chase BP Private Label,   P.O. Box 15298,   Wilmington, DE 19850-5298
14974182*      +Chase Bank, USA,    P.O. Box 15298,   Wilmington, DE 19850-5298
14974188*      +Comenity Bank/Bon Ton,    3100 Easton Square Pl,   Columbus, OH 43219-6232
14974210*      +Midland Funding,    8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14974211*      +Midland Funding,    8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14974212*      +Midland Funding,    8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14974213*      +Midland Funding,    8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14974219*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974220*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974221*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974222*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
14974223*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,
                 Norfolk, VA 23502)
15004450*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
14989404*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14974217*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14974229*      +Spartan Financial Services,   13730 S Point Blvd,   Charlotte, NC 28273-7715
```

```
District/off: 0315-2           User: gamr                  Page 3 of 3                   Date Rcvd: Jul 02, 2019
                               Form ID: 310                Total Noticed: 64


            ***** BYPASSED RECIPIENTS (continued) *****
14974230*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974231*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974232*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974233*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974234*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974235*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974236*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974237*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974238*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974239*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974240*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974241*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974242*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974243*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974244*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974245*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974246*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974247*        +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14974249*        +State Collections Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14974250*        +State Collections Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
                                                                                                TOTALS: 2, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor William O Greenwalt m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 8