**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM O GREENWALT
PATRICIA A GREENWALT
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:19-20066

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/06/2019 and confirmed on 05/03/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,500.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,000.00 | |
| Trustee Fee | 303.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,303.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PA DEPARTMENT OF REVENUE* | 6,514.87 | 0.00 | 0.00 | 0.00 |
| Acct: 7695 | | | | |
| US BANK NA - SUCCESSOR TRUSTEE O/B | 0.00 | 4,887.00 | 0.00 | 4,887.00 |
| Acct: 7208 | | | | |
| INTERNAL REVENUE SERVICE* | 26,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0555 | | | | |
| US BANK NA - SUCCESSOR TRUSTEE O/B | 177,310.59 | 0.00 | 0.00 | 0.00 |
| Acct: 7208 | | | | |
| | | | | 4,887.00 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM O GREENWALT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 195,518.93 | 0.00 | 0.00 | 0.00 |
| Acct: 0555 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7965 | | | | |

| 19-20066 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 2,800.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX6CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   ALTAIR OH XIII LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 11,239.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 2007 | | | | |
|   AMERICAN EXPRESS BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 233.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2212 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9241 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9921 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0913 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8667 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7013 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2058 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0407 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7013 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8384 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4569 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0044 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0742 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4773 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7848 | | | | |
|   CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6431 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISCOVER BANK(*) | 9,053.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 2680 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISCOVER BANK(*) | 7,775.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 2067 | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIE COUNTY COURTHOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 459.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 3776 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0398 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9001 | | | | |
|   CAPITAL ONE NA** | 3,155.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 5954 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1814 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6107 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7956 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4106 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5154 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5987 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6085 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4350 | | | | |
|   NCO CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4116 | | | | |
|   NICK AND LOREEN PISANI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4649 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8384 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0525 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9382 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1973 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5005 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3776 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRIDE ACQUISITION LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5522 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2855 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2949 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2981 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3024 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3042 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3057 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3069 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3082 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3092 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0800 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2596 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2601 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2606 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2618 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2633 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2638 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2661 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2676 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2680 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8271 | | | | |
|     STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3827 | | | | |
|     STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8271 | | | | |
|     STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8271 | | | | |
|     SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4887 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1706 | | | | |
|     US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-20066 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 5 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| WORLD FINANCIAL NETWORK/VALUE<br>Acct: 0748 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON<br>Acct: 4383 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND PROTHONOTARY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DRESS BARN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EXPRESS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0555 | 354,333.22 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VAC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                              5,197.00

TOTAL CLAIMED
PRIORITY            195,828.93
SECURED            210,325.46
UNSECURED       386.249.69

Date: 08/19/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com