**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>WILLIAM O GREENWALT<br>PATRICIA A GREENWALT<br>Debtor(s) | Case No. 19-20066CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/06/2019.

2) The plan was confirmed on 05/03/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/03/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/02/2019.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $24,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                                **$7,500.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $303.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                     **$2,613.00**

Attorney fees paid and disclosed by debtor:     $1,200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAI | Unsecured | 11,239.00 | 11,239.39 | 11,239.39 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 10,219.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** (LMP) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** (LMP) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 3,155.00 | 3,155.49 | 3,155.49 | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,607.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 10,063.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 3,959.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 10,063.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,907.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 2,204.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 2,032.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 3,918.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | 9,053.37 | 9,053.37 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 7,775.00 | 7,775.60 | 7,775.60 | 0.00 | 0.00 |
| DRESS BARN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ERIE COUNTY COURTHOUSE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 354,333.22 | 354,333.22 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 0.00 | 26,500.00 | 26,500.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 195,518.93 | 195,518.93 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 5,810.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 4,476.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 3,464.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 9,387.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,921.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 4,425.00 | NA | NA | 0.00 | 0.00 |
| NCO CREDIT SERVICE | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| NICK AND LOREEN PISANI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 1,636.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 3,700.00 | 6,514.87 | 6,514.87 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 459.00 | 459.08 | 459.08 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,832.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 2,702.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 3,603.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,922.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,790.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRIDE ACQUISITION LLC | Unsecured | 27,799.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 3,430.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SUNOCO/CBSD | Unsecured | 1,839.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK NA(*) | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 1,387.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA - SUCCESSOR TRUSTEE | Secured | 0.00 | 177,310.59 | 177,310.59 | 0.00 | 0.00 |
| US BANK NA - SUCCESSOR TRUSTEE | Secured | 200,000.00 | 340,466.11 | 0.00 | 4,887.00 | 0.00 |
| VERIZON | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 0.00 | 233.54 | 233.54 | 0.00 | 0.00 |
| WESTMORELAND PROTHONOTARY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK/VALU | Unsecured | 2,621.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $4,887.00 | $0.00 |
| Mortgage Arrearage | $177,310.59 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $33,014.87 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$210,325.46** | **$4,887.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $195,518.93 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$195,518.93** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$386,249.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,613.00 |
| Disbursements to Creditors | $4,887.00 |
| **TOTAL DISBURSEMENTS:** | **$7,500.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/13/2019                    By: /s/ Ronda J. Winnecour
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**